1  **DALE A. BLICKENSTAFF** - #40681
   Attorney at Law
2  2350 W. Shaw Ave, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, RONALD J. SPEARS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) Case No. 1:09-CR-00346 LJO DLB
                                         )
12 |              Plaintiff,              ) **STIPULATION AND ORDER FOR**
                                         ) **CONTINUANCE OF DISPOSITION**
13 | v.                                   ) **HEARING**
                                         )
14 | RONALD J. SPEARS,                    )
                                         ) DATE:   April 16, 2012
15 |              Defendant.              ) TIME:   8:30 a.m.
                                         ) JUDGE:  Lawrence J. O'Neill
16 | _____      )

17       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States

18 Attorney and Yasmin Mohammad, Assistant U.S. Attorney and Dale Blickenstaff, attorney for

19 Ronald James Spears that the Disposition Hearing set for April 16, 2012 at 8:30 a.m. be

20 continued to April 30, 2012 at 8:30 a.m.

21       Additional time is needed by the defense to collect materials which will assist in the

22 preparation of a defense sentencing memorandum. Specifically, the defense is attempting to

23 obtain the investigative reports of the various police contacts mentioned in the Dispositional

24 Memorandum which was received by the defense on April 10, 2012.

25       In addition, the defendant is attempting to locate and determine his eligibility for a

26 residential drug treatment program which, if acceptable, could be relevant to any potential

27 sentence.

28 **STIPULATION AND ORDER FOR CONTINUANCE OF DISPOSITION HEARING**
   **Case No. 1:09-CR-00346 LJO**

1   For the reasons set forth above, the parties respectfully request that the dispositional
2   hearing scheduled for April 16, 2012, be moved to April 30, 2012 at 8:30 a.m.

4   Dated: April 11, 2012                                    Respectfully submitted,

5                                                            BENJAMIN B. WAGNER
                                                             United States Attorney

7                                                            By  /s/ Yasmin Mohammad
                                                             YASMIN MOHAMMED
                                                             Assistant U.S. Attorney

9   Dated: April 11, 2012                                    By  /s/ Dale Blickenstaff
                                                             DALE BLICKENSTAFF
                                                             Attorney for Ronald J. Spears

12  IT IS SO ORDERED.

13  **Dated:   April 11, 2012**                              /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

28  **STIPULATION AND ORDER FOR CONTINUANCE OF DISPOSITION HEARING**
    **Case No. 1:09-CR-00346 LJO**